IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                          NO. 4:06CR00055-02 JLH

ARIZONA LOGAN                                                         DEFENDANT

## ORDER

Arizona Logan's *pro se* motion for the review of a sentence is DENIED. Document #145.

IT IS SO ORDERED this 2nd day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE